UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FRANCISCO SANCHEZ

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR-  070    (  ) (  )

Defendant __FRANCISCO SANCHEZ_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

___   Initial Appearance Before a Judicial Officer

_X__   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


 /s/ Francisco Sanchez by JCM on consent                    _____
Defendant's Signature                                                               Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

FRANCISCO SANCHEZ                                                   DANIEL S. PARKER
Print Defendant's Name                                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_2/17/2021_____                                          _____
Date                                                                              U.S. District Judge/U.S. Magistrate Judge