**PARKER A**[...]
ATT[...]
30 E[...]
NEW[...]

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

> Application granted.
>
> The initial conference in this matter is rescheduled to March 3, 2021 at 3:00 p.m. The appearance will be held telephonically. At the time of the scheduled appearance, all parties shall attend by dialing the following telephone number and access code: Dial-In Number: (888) 398-2342; Access Code: 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 17.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> February 18, 2021

**By ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Francisco Sanchez**
**21 Cr 00070 (PMH)**

Dear Judge Halpern:

    I write with the consent of the Government requesting that the Court re-schedule the initial pre-trial conference from March 3, 2021 at 11 a.m. to March 3, 2021 at 3 p.m. The reason for the request in the time of conference is that I have another conference already scheduled for 11 a.m. that morning.

    In addition, I have consulted with the Defendant regarding his right to be present in person at all conferences, including the initial pre-trial conference, and I have discussed with the Defendant the current public health emergency created by the COVID-19 pandemic along with the restrictions to courthouse access that have been implemented as a result.

    I have obtained the Defendant's consent to willingly and voluntarily give up his right to be present at conferences for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic, including the proceeding scheduled for March 3, 2021. Mr. Sanchez consents to appearing by telephone and/or video and he has authorized me to sign his name to the attached Consent form.

    Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St. 6th Floor
New York, NY 10016
Cell: 917-670-7622
[DanielParker@aol.com](mailto:DanielParker@aol.com)

Cc: AUSA B. Gianforti (by email)