UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FRANCISCO SANCHEZ

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 00070 (PMH)

Defendant __FRANCISCO SANCHEZ_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

*Francisco Sanchez, signed electronically by counsel on the Defendant's behalf with his consent*

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

FRANCISCO SANCHEZ
This proceeding was conducted by reliable video or telephone conferencing technology.

March 3, 2021
Date

_____
Defendant's Counsel's Signature

DANIEL S. PARKER
Print Counsel's Name

_____
U.S. District Judge/~~U.S. Magistrate Judge~~
Hon. Philip M. Halpern