UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

FRANCISCO SANCHEZ

                         Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 CR 070 (PMH)
~~13 CR 65 (KPF) - VOSR~~

Defendant __FRANCISCO SANCHEZ_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer   scheduled for 5/17/2021

*/s/ Daniel S. Parker*
SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

FRANCISCO SANCHEZ
Print Defendant's Name

*/s/ Daniel S. Parker*
_____
Defendant's Counsel's Signature

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**May 17, 2021**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

**The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 23.**