**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                   TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                              FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                              DanielParker@aol.com

July 21, 2021

**By ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Francisco Sanchez**
21 Cr 00070 (PMH)
13 Cr 65 (KPF) – VOSR

Dear Judge Halpern:

    I write with the consent of the Defendant regarding his right to be present in person at all conferences, including the pre-trial conference scheduled for July 22, 2021. I have discussed with the Defendant the current public health emergency created by the COVID-19 pandemic along with the restrictions to courthouse access that have been implemented as a result.

    I have obtained the Defendant's consent to willingly and voluntarily give up his right to be present at conferences for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. Mr. Sanchez consents to appearing by telephone and/or video and he has authorized me to sign his name to the attached Consent form.

Respectfully submitted,

*[signature]*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St. 6th Floor
New York, NY 10016
Cell: 917-670-7622
DanielParker@aol.com

---

Application granted. The waiver signed by the Court shall be docketed separately in both Docket No. 21-CR-00070 and Docket No. 13-CR-00065.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 25 in Docket No. 21-CR-00070.

SO ORDERED.

*[signature]*

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         July 22, 2021