**U.S. Department of Justice**

> Application granted. The time for the Government to file and serve its opposition papers is extending to and including November 17, 2021. Defendant's reply papers, if any, shall be served and filed by November 30, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            November 2, 2021

**BY EMAIL & ECF**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **United States** v. **Francisco Sanchez**, 21 Cr. 70 (PMH)

Dear Judge Halpern:

The Government respectfully writes regarding defendant Francisco Sanchez's suppression motion dated October 1, 2021. (*See* Docket Entries 34-37). The Government's current deadline to respond to the motion is November 3, 2021.

Earlier today, the Government produced certain 3500 materials to the defense that may have an impact on whether the defendant wishes to persist in the suppression motion. Accordingly, the Government respectfully requests an additional two weeks—until November 17, 2021—to respond to the defendant's motion. Mr. Parker consents to this request.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(646) 856-5190

cc:   *Daniel Parker, Esq., counsel to Francisco Sanchez (by ECF & email)*