March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

FRANCISCO SANCHEZ,  Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 0070 (PMH) (__)

& No. 13-CR-00065 (PMH)

Defendant __FRANCISCO SANCHEZ__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT

_____    _____
Defendant's Signature             Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__FRANCISCO SANCHEZ__            __DANIEL S. PARKER__
Print Defendant's Name            Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**December 6, 2021**                _____
Date                               U.S. District Judge/~~U.S. Magistrate Judge~~

*** **The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 43 in No. 21-CR-00070.** ***