UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA    :
               :
v.             :   **<u>RESCHEDULING ORDER</u>**
               :
**Francisco Sanchez**     :   21 CR 70 (PMH)
      Defendants.  :
               :
------------------------------------------------------------x

A status conference currently scheduled for 3:00pm on January 26, 2022 has been rescheduled for **<u>1:00pm on January 31. 2022.</u>**

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

   Accordingly, it is hereby ORDERED:

   1. Defense counsel shall advise the Court in writing by <u>1/24/22</u> as to whether their clients waive their right to be physically present and consent to appear by telephone.

   2.  At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

   **Dial-In Number**:  **(888) 398-2342**
   **Access Code:**   **3456831**

  Dated: January 6, 2021    SO ORDERED:

               _____
               Philip M. Halpern, U.S.D.J