

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 26, 2022

**BY EMAIL & ECF**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States</u> v. <u>Francisco Sanchez</u>, 21 Cr. 70 (PMH)

Dear Judge Halpern:

    I write regarding the upcoming status conference in this matter on January 31, 2022 at 1:00 p.m. I learned today that I have a family matter to attend to on January 31, 2022 that conflicts with the conference. Given the outstanding suppression motion in this matter, which I assume the Court will address at the next conference, I would like to attend the conference rather than sending someone in my stead. I am therefore seeking, and Mr. Parker has agreed to, a short adjournment. I also have family constraints on February 3, and expect to be traveling for work on February 8.

    Time under the Speedy Trial Act has been excluded through today, which was the original date of the conference. Once the Court has responded, I will follow up with a Speedy Trial application.

Very tr[uly yours,]

DAMI[AN WILLIAMS]
United [States Attorney]

by: _____
Benja[min ...]
Assista[nt United States Attorney]
(646) [...]

cc:    *Daniel Parker, Esq., counsel to Francisco S[anchez]*

---

The telephonic status conference scheduled for January 31, 2022 is adjourned to February 17, 2022 at 09:00 a.m. At the time of the conference, all parties shall call: (888) 398-2342; access code: 3456831.

The Government is directed to file a Proposed Order Excluding Time Under the Speedy Trial Act, with Defendant's consent, forthwith.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 50 and docket this Order in both No. 21-CR-00070 and 13-CR-00065.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          January 27, 2022