March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -v-

FRANCISCO SANCHEZ

                 ,

                     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR- 0070 (PMH)
&
13-CR-00065 (PMH)

Defendant <u>FRANCISCO SANCHEZ</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

FRANCISCO SANCHEZ
Print Defendant's Name

_____
Defense Counsel's Signature

DANIEL S. PARKER
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

**February 17, 2022**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~