UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -against-

FRANCISCO SANCHEZ,

        Defendant.

**ORDER ACCEPTING
PLEA ALLOCUTION**

21-CR-00070 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court has reviewed the transcript of the plea allocution in the above-referenced case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated May 10, 2022, is approved and accepted, and the Defendant is adjudged guilty of the offense charged in Count One of the Indictment.

    The Clerk of the Court is directed to enter the guilty plea.

                                                **SO ORDERED:**

Dated:   White Plains, New York
           October 4, 2022

                                                PHILIP M. HALPERN
                                                United States District Judge