**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, NY 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

> Application granted. Defendant's sentencing has been adjourned to December 2, 2022 at 9:30 a.m. in courtroom 520. Any written submissions by defendant shall be filed by November 18, 2022, and the government's response shall be filed by November 28, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             October 13, 2022

**By ECF and email**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Francisco Sanchez**
21 Cr 00070 (PMH)
13 Cr 65 (KPF) – VOSR

Dear Judge Halpern:

I write requesting that the Court adjourn the sentencing in this matter currently scheduled for November 3, 2022 to a date in early to mid December, 2022.

I am starting a racketeering trial in the EDNY on October 17, 2022 that is expected to last approximately 6 weeks.  Accordingly, I respectfully request that the Court adjourn the currently scheduled sentencing.

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc:  AUSA B. Gianforti (BY ECF and email)