UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **RESCHEDULING** |
| v.                                            : | **ORDER** |
| : | |
| **Francisco Sanchez,**                 : | 7-21-cr-0070-PMH |
| Defendants.       : | 7:13-cr-0065-PMH |
| : | |

------------------------------------------------------------x

Sentencing and the Revocation of Supervised Release in 13cr65 is rescheduled to <u>January 30, 2023 at 11:00 am</u> in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 31, 2022                    SO ORDERED:

_____
Philip M. Halpern, U.S.D.J