UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

FRANCISCO SANCHEZ,
                Defendant.
-----------------------------------------------------------x

**ORDER**

7:21-cr-00070-PMH

On January 9, 2024, Mr. Sanchez, appearing pro se, filed a motion requesting a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 75). On March 8, 2024, the Government filed opposition requesting that the motion be denied (Doc. 79). At the request of Defendant's counsel, Defendant may file a brief in further support of his motion for a sentence reduction by March 25, 2024. The Government's opposition, if any, is due by April 1, 2024.

**SO ORDERED:**

Dated: White Plains, New York
       March 11, 2024

_____
Philip M. Halpern
United States District Judge