UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

        -v-

FRANCISCO SANCHEZ.,

              Defendant.

**ORDER**

21-CV-00070 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Government is directed to contact any victims in this case to determine if they wish to file a victim impact statement in connection with Defendant's motion for a sentence reduction under Amendment 821 (Doc. 75; Doc. 81). The victim impact statements, if any, shall be filed by May 3, 2024.

                                      **SO ORDERED.**

Dated:  White Plains, New York
          April 19, 2024

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge